Eastern District of Kentucky
**F I L E D**

AUG 2 3 2019

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON, KENTUCKY

| | |
|---|---|
| MICHAEL THOMAS and CHRISTOPHER THOMAS, | CASE NO.: 2:18-CV-00193 DLB-CJS |
| Plaintiffs, | JUDGE BUNNING |
| vs. | |
| TRENTON MULKEY, THE SERVICE COMPANIES, INC., and ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, | |
| Defendants. | |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Come now the Plaintiffs, Michael Thomas and Christopher Thomas, and the Defendants, Trenton Mulkey, The Service Companies, Inc., and Allstate Property and Casualty Insurance Company, by and through their respective counsel whose signatures appear below, and hereby stipulate and agree that the Plaintiffs' above-styled and numbered action against the Defendants is hereby voluntarily dismissed, without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties shall each pay their own costs in this action. All of the parties who have appeared in this action have signed this stipulation.

23 Aug 19



Signed By:
*David L. Bunning*
United States District Judge

1

Stipulated and Agreed:

/s/Patrick Kilgore
Patrick Kilgore, Esq. (82794)
Rocky McElhaney Law Firm, PC
475 Saundersville Road, Suite 100
Hendersonville, Tennessee 37075
(615) 425-2500
patrick@rockylawfirm.com
*Counsel for Plaintiffs Michael Thomas and Christopher Thomas*

/s/ William J. Kathman, Jr.     (by PK with permission)
William J. Kathman, Jr., Esq. (37400)
Gregory M. Erpenbeck, Esq.  (94802)
Busald Funk Zevely, PSC
226 Main Street
Florence, Kentucky 41042
(859) 371 – 3600
billkathman@bfzlaw.com
*Counsel for Defendant Trenton Mulkey*

/s/ Lynsie Gaddis Rust     (by PK with permission)
Lynsie Gaddis Rust, Esq. (90262)
Wilson, Elser, Moskowitz Edelman & Dicker, LLP
100 Mallard Creek Road - Suite 250
Louisville, Kentucky 40207
(502) 238-8500
lynsie.rust@wilsonelser.com
*Counsel for Defendant The Service Companies, Inc.*

/s/ Anthony J. Iaciofano     (by PK with permission)
Anthony J. Iaciofano, Esq. (87620)
Benjamin, Heather, Iaciofano & Bitter, LLC
300 Pike Street - Suite 500
Cincinnati, Ohio 45202
(513) 721-5672
ajiaciofano@bhiblaw.com
*Counsel for Defendant Allstate Property and Casualty Insurance Co.*

## CERTIFICATE OF SERVICE

I certify the foregoing was electronically filed with the Court through the Court's E-filing system, this 16th day of April, 2019, with service by the Court, via email notification through the Court's e-filing system, upon the following:

William J. Kathman, Jr., Esq. (37400)
Gregory M. Erpenbeck, Esq. (94802)
Busald Funk Zevely PSC
226 Main Street
Florence, Kentucky 41042
Email: gerpenbeck@bfzlaw.com
Email: billkathman@bfzlaw.com
*Counsel for Defendant Trenton Mulkey*

Lynsie Gaddis Rust, Esq.
Wilson, Elser, Moskowitz Edelman & Dicker, LLP
100 Mallard Creek Road - Suite 250
Louisville, Kentucky 40207
Lynsie.rust@wilsonelser.com
*Counsel for Defendant The Service Companies, Inc.*

Anthony J. Iaciofano, Esq.
Benjamin, Heather, Iaciofano & Bitter, LLC
300 Pike Street - Suite 500
Cincinnati, Ohio 45202
ajiaciofano@bhiblaw.com
*Counsel for Defendant Allstate Property and Casualty Insurance Co.*

/s/ Patrick Kilgore
Patrick Kilgore

3